IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-18,<br><br>        Defendants. | Civil No. 12-7643 (NLH/AMD) |

**ORDER TO SHOW CAUSE**

      This Matter comes before the Court *sua sponte* for the entry of an Order to Show Cause as to why all John Does except John Doe 1 should not be severed and dismissed without prejudice. See Next Phase Distribution, Inc. v. John Does 1 - 27, 2012 WL 3117182 (S.D.N.Y., July 31, 2012).

      Therefore, IT IS on this 13th day of February 2013,

      **ORDERED** that the Court will conduct a hearing before the Hon. Ann Marie Donio on March 6, 2013 at 10:00 A.M., at which time counsel for Plaintiff shall show cause as to why the Court should not dismiss without prejudice all claims against all John Does except John Doe 1; and it is further

**ORDERED** that Plaintiff shall file and serve any papers to support its position no later than February 28, 2013; and it is further

**ORDERED** that counsel shall be prepared to address any pending motion on March 6, 2013 at 10:00 A.M. in Courtroom 3B.

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Noel L. Hillman