Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br>　　　　　　　Defendants. | Civil Action No. 1:12-cv-07643-NLH-AMD |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF JOHN DOES 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 AND 18 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 24.0.22.174, 24.0.228.213, 24.0.9.70, 68.32.141.204, 68.36.125.101, 68.37.177.197, 68.38.77.92, 68.44.3.171, 68.46.62.115, 68.83.16.138, 69.141.138.44, 69.141.17.200, 69.248.180.51, 69.248.70.20, 69.253.114.16, 76.116.42.179 and 98.221.163.141, respectively. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Dated: February 28, 2013

          Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.
       Patrick J. Cerillo, LLC
       4 Walter Foran Blvd., Suite 402
       Flemington, NJ 08822
       T: (908) 284-0997
       F: (908) 284-0915
       pjcerillolaw@comcast.net
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.