Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC., | Case No. 1:12-cv-07643-NLH-AMD |
| Plaintiff, | |
| v. | |
| JOHN DOES 1-18, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE 1**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe

1 ("Defendant"), from this action without prejudice. Defendant was assigned the IP

address 174.57.180.48.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has

neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for

administrative purposes.

Dated: June 12, 2013

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.